```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────── x
JOSUE PAGUADA, Individually, and On     :
Behalf of All Others Similarly Situated, :
                                         :   Case No. 1:22-cv-01293
                        Plaintiff,       :
                                         :
        vs.                              :   STIPULATION OF DISMISSAL
                                         :
PERDUE FOODS LLC                         :
                                         :
                        Defendant.       :
                                         :
                                         :
─────────────────────────────────────── x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/11/2022

**MEMO ENDORSED**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: August 10, 2022            **MIZRAHI KROUB LLP**

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

DATED: August 10, 2022

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*[signature]*

Jamie Haar
599 Lexington Ave, 17th Floor
New York, NY 10022
212-492-2070
Fax: 212-492-2501
Email:Jamie.Haar@ogletree.com

*Attorney for Defendant*

---

Application GRANTED.

SO ORDERED.

*[signature]* 08/11/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE